**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Bank of America, N.A., Respondent,

v.

Duce Staley, Felicia Woods a/k/a Felicia B. Woods, SCBT, N.A., South Carolina Department of Revenue, Palmetto Health, Manheim Automotive Financial Services, Inc., and Spring Valley Homeowners' Association, Defendants,

And Willie Zimmerman, Third-Party Participant, Appellant.

Appellate Case No. 2014-000140

Appeal From Richland County
Joseph M. Strickland, Master-in-Equity

Unpublished Opinion No. 2015-UP-444
Submitted August 1, 2015 – Filed August 26, 2015

**AFFIRMED**

Willie Zimmerman, pro se, of Irmo.

Erica Greer Lybrand and Jason David Wyman, both of Rogers Townsend & Thomas, PC, of Columbia, for Respondent.

──────────────

**PER CURIAM:** Willie Zimmerman appeals the master-in-equity's order vacating a foreclosure sale. On appeal, Zimmerman argues the master erred in vacating the sale because (1) Zimmerman did not contribute to Bank of America's mistake and (2) the sale did not involve an inadequate price so gross as to shock the conscience or other circumstances warranting interference by the court. We affirm pursuant to Rule 220(b), SCACR, and the following authorities:

As to Issue 1: *Shirley's Iron Works, Inc. v. City of Union*, 403 S.C. 560, 573, 743 S.E.2d 778, 785 (2013) ("An unappealed ruling is the law of the case and requires affirmance.").

As to Issue 2: *Wilder Corp. v. Wilke*, 330 S.C. 71, 76, 497 S.E.2d 731, 733 (1998) ("It is axiomatic that an issue . . . must have been raised to and ruled upon by the [circuit court] to be preserved for appellate review.").

**AFFIRMED.**[1]

**SHORT, KONDUROS, and MCDONALD, JJ., concur.**

──────────────

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.